IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AK MEETING IP, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. 6:22-cv-00250-ADA |
| v. | ) | |
| | ) | |
| ZOHO CORPORATION | ) | |
|     Defendant. | ) | |

**NOTICE OF NON-OPPOSITION TO TRANSFER VENUE**

Plaintiff, AK Meeting IP, LLC ("AK Meeting") consents to Defendant, Zoho Corporation ("Zoho") request transfer of venue to the Western District of Texas, Austin Division and files this Notice of Non-Opposition to Zoho's Motion Transfer Venue filed on August 2, 2022 as ECF 20.

    Respectfully Submitted

    **Ramey LLP**
    */s/William P. Ramey*
    William P. Ramey, III
    Texas Bar No. 24027643
    5020 Montrose Blvd., Suite 800
    Houston, Texas 77006
    (713) 426-3923 (telephone)
    (832) 900-4941 (fax)
    wramey@rameyfirm.com

    ***Attorneys for AK Meeting IP, LLC***

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of November 3, 2022, with a copy of the foregoing via email and ECF filing.

*/s/ William P. Ramey, III*
William P. Ramey, III
