IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AK MEETING IP, LLC, <br> PLAINTIFF, | § § § § | |
| V. | § § | CAUSE NO. 1:22-CV-01165-LY |
| ZOHO CORPORATION, <br> DEFENDANT. | § § § | |

### ORDER SETTING STATUS CONFERENCE AND STAYING CASE

**IT IS ORDERED** that the above-entitled and numbered cause is set for a **Status Conference** in Courtroom No. 7, Seventh Floor, the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **Tuesday, January 17, 2023, at 9:30 a.m. Central Time**.

**IN ALL OTHER RESPECTS** this action is **STAYED** pending further order of this court.

SIGNED this 21st day of November, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE