IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AK MEETING IP, LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:22-CV-01165-LY |
| | § | |
| ZOHO CORPORATION, | § | |
| DEFENDANT. | § | |

## ORDER

**IT IS HEREBY ORDERED** that (1) Defendant Zoho Corporation's Motion to Dismiss Under Rule 12(b)(6), filed June 27, 2022 (Doc. #15); (2) Plaintiff's Response to Defendant's Motion to Dismiss Under Rule 12(b)(6), filed July 11, 2022 (Doc. #18); and (3) Defendant Zoho Corporation's Reply in Support of its Motion to Dismiss Under Rule 12(b)(6), filed July 18, 2022 (Doc. #19), are **REFERRED** to United States Magistrate Dustin Howell for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this _18th_ day of January, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE