**FILED**

JAN 1 8 2023

CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| AK MEETING IP, LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:22-CV-01165-LY |
| | § | |
| ZOHO CORPORATION, | § | |
| DEFENDANT. | § | |

### PRE-*MARKMAN* SCHEDULING ORDER

The matter having come before the court at the Status Conference on January 17, 2023, and upon consideration of the parties' proposed scheduling deadlines, and being fully advised in the premises, pursuant to Federal Rule of Civil Procedure 16, the court issues the following Pre-*Markman* Scheduling Order:

**IT IS ORDERED** that this court's stay, entered on November 21, 2022 (Doc. #29), is lifted for the purposes of complying with this Pre-*Markman* Scheduling Order.

**IT IS FINALLY ORDERED** that the court adopts the parties' proposed dates as follows:

| Case Management Deadlines | Date |
|---|---|
| Disclosure:  Claims/Infringement | **March 17, 2023** |
| Disclosure:  Invalidity Contentions | **May 16, 2023** |
| Identify Claims Terms to Be Construed | **June 21, 2023** |
| Joint Claim Construction Statement | **July 12, 2023** |
| Close of Claim Construction Discovery | **July 26, 2023** |

| Opening Claim Construction Brief | **August 25, 2023** |
|---|---|
| Reply Claim Construction Brief | **September 8, 2023** |
| Tutorial<br><br>*Markman* Hearing | **Technical Tutorial to begin on September 21, 2023, at 9:30 a.m.**<br><br>**The Technical Tutorial will be immediately followed by the *Markman* Hearing.** |

SIGNED this _____ **18th** _____ day of January, 2023.


_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE