UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AK MEETING IP LLC, | § § § |
| Plaintiff, | § § |
| v. | § § Civil Action No. 1:22-cv-01165-LY |
| ZOHO CORPORATION, | § § § |
| Defendant. | § § |

### ORDER

The Court, having reviewed and considered Defendant Zoho Corporation's Motion to Stay Pending *Inter Partes* Review, is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that these proceedings are stayed pending the outcome of IPR2022-01142.

SIGNED AND ENTERED this _____ day of _____, 2023

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT COURT JUDGE

1