IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AK MEETING IP LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. 1:22-cv-01165-LY |
| v. | ) | |
| | ) | |
| | ) | |
| ZOHO CORPORATION, | ) | JURY TRIAL DEMANDED |
|     Defendants. | ) | |

**PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL OF ALL CLAIMS OF
U.S. PATENT NO. 10,963,124**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff AK Meeting IP, LLC files this Notice of Partial Dismissal of all claims with respect to U.S. Patent No. 10,963,124 ("the '124 Patent") asserted against Defendant Zoho Corporation ("Zoho") in the Amended Complaint (Doc. No. 8) WITHOUT PREJUDICE (hereinafter, "Notice"). *See* Fed. R. Civ. P. 41(a)(1)(A) and 41(a)(1)(B). The partial dismissal without prejudice is proper under rule 41(a) because Defendant Zoho has not yet answered nor filed a motion for summary judgment. *Id.*

This Notice <u>does not</u> affect any of the claims with respect to U.S. Patent No. 8,627,211 ("the '211 Patent") asserted against Zoho in the Amended Complaint which remain in the case.

Dated: February 6, 2023

Respectfully submitted,

**Ramey LLP**

By: <u>/s/William P. Ramey, III</u>
William P. Ramey, III
Texas Bar No. 24027643
5020 Montose Blvd., Suite 800
Houston, TX 77006
Phone: 713-426-3923

1

Fax: 832-900-4941
wramey@rameyfirm.com

*Attorney for Plaintiff AK MEETING IP LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of February 6, 2023, with a copy of the foregoing via email and ECF filing.

/s/ William P. Ramey, III
William P. Ramey, III