UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AK MEETING IP LLC,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    Civil Action No. 1:22-cv-01165-LY<br>)<br>)<br>) |
| ZOHO CORPORATION,<br>    Defendants. | )     JURY TRIAL DEMANDED<br>) |

**ORDER on PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL
OF ALL CLAIMS OF U.S. PATENT NO. 10,963,124**

The Court, having reviewed Plaintiff's Notice of Partial Dismissal of All Claim of U.S. Patent No. 10,963,124, hereby GRANTS Plaintiff's Notice. Accordingly, it is ORDERED that all claims asserted against Zoho with respect to U.S. Patent No. 10,963,124 ("the '124 Patent") in the Amended Complaint (Doc. No. 8) are hereby DISMISSED WITHOUT PREJUDICE.

_____            _____
Date                                          Honorable U.S. District Judge Lee Yeakel