# Exhibit A

**U.S. Patent No. 8,627,211 V. Zoho**

**Claim Chart**

| Claim 1 | Analysis |
|---|---|
| [1.P] A method for supporting multiple-party communications in a computer network including a server and at least one client computer, the method comprising: | Zoho has software - Zoho Show - which can support multiple-party communications in a computer network (*Collaborative presentation for modern teams*) including a server and at least one client computer (on *any device*).<br><br><br><br>Source: https://www.zoho.com/show/<br><br>The network includes a server. |

**Save a copy of the presentation**

All your Zoho Show presentations will be automatically saved in our local server, so you don't need to take any backup or save the slide deck every time you make changes.

Source:
https://help.zoho.com/portal/en/kb/show/web-app/create-presentations/articles/open-or-save-a-copy-of-a-presentation#Open_a_presentation_in_Show

The network includes at least one client computer.

For example, the at least one client computer is an android device.



Source:
https://help.zoho.com/portal/en/kb/show/mobile-apps/for-android-device/download-and-sign-up/articles/download-and-install-the-zoho-show-app-for-android

| [1.1] receiving a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first | Zoho show receives a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer in response to user input received from a user of the client computer;<br><br>For example, the client computer can respond to user input to change position of a first cursor associated with the client computer. |
| --- | --- |

cursor associated with the client computer in response to user input received from a user of the client computer;

**To access the laser pointer,**

1. Select the **Pointer** option to turn the cursor as a small colored dot on the slide.



2. Click and drag to point to the slide contents that you want to draw attention to.

Source: https://help.zoho.com/portal/en/kb/show/web-app/customize-and-play/articles/play-a-slideshow-zohoshow#Highlighter

Since the presentation is automatically saved in the server, the server must receive a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer.

**Save a copy of the presentation**

All your Zoho Show presentations will be automatically saved in our local server, so you don't need to take any backup or save the slide deck every time you make changes.

Source: https://help.zoho.com/portal/en/kb/show/web-app/create-presentations/articles/open-or-save-a-copy-of-a-presentation#Open_a_presentation_in_Show

| | |
|---|---|
| [1.2] producing a first pointer message in response to said first cursor message, said first pointer message representing said change in said position of said first cursor provided by said first cursor message and being operable to cause display of a pointer on the client computer; and | Since Zoho show can "get your team on board and collaborate on presentations in real time" and team members can share(read/write) the presentations. The server must produce a first pointer message in response to said first cursor message, said first pointer message representing said change in said position of said first cursor provided by said first cursor message and being operable to cause display of a pointer on the client computer.<br><br><br><br>Source: https://www.zoho.com/show/collaborate-and-work-online.html<br><br><br><br>Source: https://www.zoho.com/show/collaborate-and-work-online.html |
| [1.3] transmitting | Since Zoho show can "get your team on board and collaborate on presentations in |

| | |
|---|---|
| said first pointer message to said client computer. | real time" and team members can share(read/write) the presentations. The server must transmit said first pointer message to said client computer.  Source: https://www.zoho.com/show/collaborate-and-work-online.html  Source: https://www.zoho.com/show/collaborate-and-work-online.html |
| Claim 69 | |
| [69.P] An apparatus for supporting multiple-party communications in a computer network including | Zoho has software - Zoho show - which supports multiple-party communications in a computer network (*Collaborative presentation for modern teams*) including a server and at least one client computer (on *any device*). |

| | |
|---|---|
| a server and at least one client computer, the apparatus comprising a processor circuit operably configured to: | 

Source: https://www.zoho.com/show/

The network includes a server.

> **Save a copy of the presentation**
>
> All your Zoho Show presentations will be automatically saved in our local server, so you don't need to take any backup or save the slide deck every time you make changes.

Source: https://help.zoho.com/portal/en/kb/show/web-app/create-presentations/articles/open-or-save-a-copy-of-a-presentation#Open_a_presentation_in_Show

The network includes at least one client computer. |

|  | For example, the at least one client computer is an android device. |
|---|---|
|  | |
|  | Source: https://help.zoho.com/portal/en/kb/show/mobile-apps/for-android-device/download-and-sign-up/articles/download-and-install-the-zoho-show-app-for-android |
| [69.1] receive a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer in response to user input received from a user of the client computer, | Zoho show receives a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer in response to user input received from a user of the client computer;<br><br>For example, the client computer can response to user input to change position of a first cursor associated with the client computer |

**To access the laser pointer,**

1. Select the **Pointer** option to turn the cursor as a small colored dot on the slide.



2. Click and drag to point to the slide contents that you want to draw attention to.

Source:
https://help.zoho.com/portal/en/kb/show/web-app/customize-and-play/articles/play-a-slideshow-zohoshow#Highlighter

Since the presentation is automatically saved in the server, the server must receive a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer.

**Save a copy of the presentation**

All your Zoho Show presentations will be automatically saved in our local server, so you don't need to take any backup  or save the slide deck every time you make changes.

Source:
https://help.zoho.com/portal/en/kb/show/web-app/create-presentations/articles/open-or-save-a-copy-of-a-presentation#Open_a_presentation_in_Show

| | |
|---|---|
| [69.2] produce a first pointer message in response to said first cursor message, said first pointer message representing said change in said position of said first cursor provided by said first cursor message and being operable to cause display of a pointer on the client computer; and | Since Zoho show can "get your team on board and collaborate on presentations in real time" and team members can share(read/write) the presentations. The server must produce a first pointer message in response to said first cursor message, said first pointer message representing said change in said position of said first cursor provided by said first cursor message and being operable to cause display of a pointer on the client computer.<br><br><br><br>Source: https://www.zoho.com/show/collaborate-and-work-online.html<br><br><br><br>Source: https://www.zoho.com/show/collaborate-and-work-online.html |
| [69.3] transmit said first pointer message to said first client | Since Zoho show can "get your team on board and collaborate on presentations in real time" and team members can share (read/write) the presentations. The server must transmit said first pointer message to said client computer. |

| | |
|---|---|
| computer. | <br><br>Source: https://www.zoho.com/show/collaborate-and-work-online.html<br><br>Source: https://www.zoho.com/show/collaborate-and-work-online.html |
| **Claim 103** | |
| [103.P] A computer readable medium encoded with codes for directing a server processor circuit to support multiple-party communications in a computer network including | Zoho show software supports multiple-party communications in a computer network (*Collaborative presentation for modern teams*) including a server and at least one client computer (on *any device*). |

the server and at least one client computer, said codes directing the server processor circuit to:





Source: https://www.zoho.com/show/

The network includes a server.

> ## Save a copy of the presentation
>
> All your Zoho Show presentations will be automatically saved in our local server, so you don't need to take any backup or save the slide deck every time you make changes.

Source:
https://help.zoho.com/portal/en/kb/show/web-app/create-presentations/articles/open-or-save-a-copy-of-a-presentation#Open_a_presentation_in_Show

The network includes at least one client computer.

For example, the at least one client computer is an android device.

### Download and install the Zoho Show app for android

Download the Zoho Show app from the Play Store on your android device to create a new presentation or to add a presentation from any of the file storage app. You can set up Zoho Show account using either your email address or your social media account, to enjoy all of Show's free services. You can view or present slides effortlessly without having to sign into the Zoho account.

Source: https://help.zoho.com/portal/en/kb/show/mobile-apps/for-android-device/download-and-sign-up/articles/download-and-install-the-zoho-show-app-for-android

| [103.1] receive a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer in response to user input received from a user of the client computer; | Zoho show receives a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer in response to user input received from a user of the client computer;<br><br>For example, the client computer can response to user input to change position of a first cursor associated with the client computer. |
|---|---|

**To access the laser pointer,**

1. Select the **Pointer** option to turn the cursor as a small colored dot on the slide.



2. Click and drag to point to the slide contents that you want to draw attention to.

Source:
https://help.zoho.com/portal/en/kb/show/web-app/customize-and-play/articles/play-a-slideshow-zohoshow#Highlighter

Since the presentation is automatically saved in the server, the server must receive a first cursor message at the server from the client computer, said first cursor message representing a change in a position of a first cursor associated with the client computer.

**Save a copy of the presentation**

All your Zoho Show presentations will be automatically saved in our local server, so you don't need to take any backup or save the slide deck every time you make changes.

Source:
https://help.zoho.com/portal/en/kb/show/web-app/create-presentations/articles/open-or-save-a-copy-of-a-presentation#Open_a_presentation_in_Show

| | |
|---|---|
| [103.2] produce a first pointer message in response to said first cursor message, said first pointer message representing said change in said position of said first cursor provided by said first cursor message and being operable to cause display of a pointer on the client computer, and | Since Zoho show can "get your team on board and collaborate on presentations in real time" and team members can share(read/write) the presentations. The server must produce a first pointer message in response to said first cursor message, said first pointer message representing said change in said position of said first cursor provided by said first cursor message and being operable to cause display of a pointer on the client computer.<br><br><br>Source: https://www.zoho.com/show/collaborate-and-work-online.html<br><br><br>Source: https://www.zoho.com/show/collaborate-and-work-online.html |
| [103.3] transmit said first pointer message to said first client | Since Zoho show can "get your team on board and collaborate on presentations in real time" and team members can share(read/write) the presentations. The server must transmit said first pointer message to said client computer. |

computer.



Source: https://www.zoho.com/show/collaborate-and-work-online.html

Source: https://www.zoho.com/show/collaborate-and-work-online.html

16/16