IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AK MEETING IP LLC, | § | |
|   PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:22-CV-01165-LY |
| | § | |
| ZOHO CORPORATION, | § | |
|   DEFENDANT. | § | |

## ORDER

Before the court is Defendant Zoho Corporation's Opposed Motion to Stay Pending *Inter Partes* Review, filed January 30, 2023 (Doc. #33), requesting this court to stay this case pending final determination of the *inter partes* review proceeding of U.S. Patent No. 10,963,124 (the "'124 patent"). On April 3, 2023, Plaintiff filed its Second Amended Complaint (Doc. #42), deleting its cause of action for infringement of the claims of the '124 patent. In light of the filing of Plaintiff's amended complaint,

**IT IS ORDERED** that Defendant Zoho Corporation's Opposed Motion to Stay Pending *Inter Partes* Review, filed January 30, 2023 (Doc. #33), is **DISMISSED WITHOUT PREJUDICE.**

SIGNED this _6th_ day of April, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE