# EXHIBIT 4




# Collaborative presentation software for modern teams

Design professional slides, collaborate with your team, and deliver visually engaging presentations for free anytime, anywhere on any device.

**CREATE PRESENTATION**



### The Unsung Hero of Presentation Tools

Over the years I've created hundreds of training presentations and built many client proposals using Zoho Show and it's so easy to use. I've used Show live on stage, in the classroom and during remote sessions and it's never let me down.



**Jon Tromans**

CEO, JTID

### Powerful and comprehensive

I am using Zoho Show for more than 10 years and I can firmly say that it's a true presentation powerhouse that helps my business ideas reach larger audience.



**Miguel Avila**

Founder, Yafah express



Know More

### Zoho Show is simply indispensable

Show helps us create impressive company presentations, full of dynamism and creativity. Whether working as teams or sharing the results with clients and colleagues, Show help us achieve results in less time, enhance our brand image and build trust with our customers.



**Millenial consultancy**

Spain

# Minimalist and contextual UI

Show understands what you're doing—adding a photo, editing text, animating a slide— our clutter free UI provides you with the relevant options to the task you're currently doing.

## Get a head start with

# professional templates

From startup pitch decks to sales presentations and business proposals, Zoho Show comes pre-loaded with 100+ templates to cover all your professional needs.

Explore Templates →








# A central presentation repository to enable better collaboration and bring together distributed teams.

Learn More →



**Template Library**



**Slide Library**



**Font Library**

# Tamed for teams

Stay in sync with your teams and make collaboration more productive.



Contextual commenting

# Bring your data to life



Reinforce data using infographics



Learn more

## Compatible with PowerPoint

Import your existing PPTX, PPT, ODP, PPSX, PPS files and work on them without



## Export files in your preferred format

PPTX, PPSX, HTML, ODP, PDF - you name it we've got it



# Made for all your devices

No more tangled cables or lost remotes. Broadcast your ideas on any smart TV, and control your presentation with your mobile phone or smart watch.

 Android

 iOS





iPhone / iPad    Apple TV

Smartphone    Android TV    Chromebook



# Plays well with your favorite apps



Access Show right from your preferred software platforms without switching apps.

Know more

## Are you ready to take your presentations to a whole new level?

Zoho Show is completely free with no ads.

**CREATE PRESENTATION**







## Quick Links

Zoho Office Suite

What's New

Testimonials

Office Platform

## Resources

User Guide

Blogs

Community

Videos

Faqs

Webinar

Partner with us

All resources

## Integrations

## Features

PowerPoint Compatiblity

Library

Add-Ons

Collaboration

Broadcast

Publish

Shapes

Charts

Animation

Explore

All features

## Templates

Presentation

Slide

## Solutions

## Apps

### Show for Apple

iPhone / iPad

SharePlay

Apple TV

### Show for Android

Chromebook

Smartphone

Android TV

### Extensions

For Chrome

### Connect with us

| | |
|---|---|
| Show for Confluence | Marketing |
| Show for Jira | Finance |
| | HR |
| Show for Slack | Project Management |
| **Security and Compliance** | Education |
| | Sales |
| | Startups |
| HIPAA | Healthcare |
| | Students |

✉ support@zohoshow.com          🌐 English ▼

[Search for product overviews, FAQs, and more...]     🔍

Zoho Home  |  Contact Us  |  Security  |  Compliance  |  IPR Complaints  |  Anti-spam Policy  |  Terms of Service  |

Privacy Policy  |  Cookie Policy  |  GDPR Compliance  |  Abuse Policy



© 2023, Zoho Corporation Pvt. Ltd. All Rights Reserved.