# EXHIBIT 5

Case 1:22-cv-01165-LY   Document 44-6   Filed 04/17/23   Page 2 of 4

 **Zoho Corporation**

# Open or save a copy of a presentation

## Open a presentation in Show

Zoho Show lets you to access a presentation that already exists in your Zoho Docs or Desktop folder.

To open any presentation,

1. Click **File** at the top-left corner of the screen and then click **Open** to view a window with a list of all presentations that is created by you and shared with you.

2. Select the presentation you want to work on.

   One other way you can access a recently viewed presentation is by clicking the **Open Recent** option from the menu list. This will display a window with all your recent works. Select the slide deck you want to access.



## Save a copy of the presentation

All your Zoho Show presentations will be automatically saved in our local server, so you don't need to take any backup  or save the slide deck every time you make changes.

To save a copy of the presentation with a different name,

1.  Click **File** at the top-left corner of the screen and then click **Make a Copy**.



https://help.zoho.com/portal/en/kb/show/web-app/create-presentations/articles/open-or-save-a-copy-of-a-presentation#Open_a_presentation_in_Show