# EXHIBIT 7

 **Zoho Corporation**

# Play and Advance Slides Automatically

When you're done creating a presentation, use the Slide Show View to preview or present it in full screen mode. All your slide elements and objects (such as pictures, shapes, and videos) will be displayed along with any eye-catching transition and animation effects you've added. You can also choose a standard slideshow presentation, or take advantage of a variety of specialized presentation modes:

**1. Presenter View** to privately view navigation and slide notes without displaying them to the audience
**2. Custom Show** to select particular slides and play them in a custom order
**3. Broadcast Online** to deliver your presentation to a remote audience.

## Play a slideshow

1. Click ▶ PLAY dropdown on the top bar and decide where you want to start the slideshow from:

- To start on the first slide, select **From Beginning**.
- To start from where you are, click the **Play** ▶ button.



2. Choose whether to run your slides manually or automatically.

- To run slides manually, click your mouse.
- To run slides automatically, disable **On Click** option and set a specific advance time duration (follow step 02 here) for each slide within the **After** text box under the Transition pane.



**3.** Once you start the slideshow, you'll see the following options:

- **Navigation arrows -** Move back (left) and forward (right) between your slides.
- **Exit button -** Close the presentation anytime during the slideshow.
- **Advanced delivery tools -** Highlight and point to details on a slide using various presentation delivery tools.



4. Once done presenting, click **Exit** at the bottom-left corner of the screen, or press the **Esc key** on your keyboard.

# Advanced presentation delivery tools

Make your presentation delivery extra-catchy and interesting with the delivery tools in the Slideshow View. These tools will help you make your presentation more understandable, efficient, and engaging. Turn your cursor into a pen or laser pointer, draw on slides, zoom in and out, jump to any slide at any time during the slideshow, and much more.

## Zoom

Get a closer look at the slide content to help concentrate on a particular detail on the slide. Or, zoom out to see the slide at a reduced size.

**To use the zoom tool,**

1. Click the **Zoom** tool and click on the part of the slide where you want to zoom in.



## Highlighter

Change your mouse arrow into a pointer to emphasize a point or show connections. Like a highlighter pen, it does not cover the slide content. There are two types of highlighter tools: **Arrow** and **Laser Pointer**.

**To access the arrow,**

1. Click the **Arrow** button to turn the cursor as an arrow on the slide.

**To access the laser pointer,**

1. Select the **Pointer** option to turn the cursor as a small colored dot on the slide.



2. Click and drag to point to the slide contents that you want to draw attention to.

## Drawing tool

Use your slide screen like a whiteboard and doodle, write, draw circles, underline, or make other marks on the slides. The **Marker** tool lets you mark or draw like a painter brush to create broad line.

**To access the marker tool,**

1. Select either Pen or Marker and choose a ink color from the options.



2. Click and drag the mouse to write or draw. To hide the marks you made on the slide, click **Hide Ink Markup**.

## Eraser

Remove or erase some or all of what you've written or drawn on the slide.
The Eraser removes specific pen or highlighter markings. **Erase All Ink** on Slide removes all pen and highlighter markings on the slide.

**To access the eraser tool,**

1. Click **Eraser** and drag the eraser over what you want to remove.
2. Click **Erase All Markup** to immediately remove all ink markings.



## Navigation arrows

To move forward or backward through your presentation,

1. Click the **Right Arrow** or **Left Arrow** or press the arrow keys on the keyboard.

## Go To Slide

1. Switch or jump directly to any slide in your presentation. Click **Go To Slide** to see the list of slides in your presentation and choose the slide you want.

# Hide/show a slide

You can decide to hide or show a slide during the slideshow. This is particularly useful when you want to quickly present the major slides to the audience and skip extra details to save time. The hidden slide remains in the presentation even though it is hidden during the slide show.

**There are two methods to hide or show a slide:**

- Navigate to Slides pane on the left, then right-click on the slide you want to hide or show and choose **Hide/Show Slide** from the menu.
  or
- Click the **Format** mode on the right pane, choose **Slide** tab, and enable the **Hide Slide** button at the bottom of the pane.



The selected slide will be masked in the Slides pane and will be hidden from your audience during the slideshow.