UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AK MEETING IP LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ZOHO CORPORATION, § <br> § <br> Defendant. § <br> § | Civil Action No. 1:22-cv-01165-LY |

### ORDER

The Court, having reviewed and considered Defendant Zoho Corporation's Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Rule 12(b)(6), is of the opinion that the Motion should be granted.

It is therefore ORDERED that AK Meeting IP LLC's Second Amended Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

SIGNED this ___ day of _____, 2023

                                                                     _____
                                                                     HONORABLE LEE YEAKEL
                                                                     UNITED STATES DISTRICT JUDGE