## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| AK MEETING IP, LLC,             ) | |
|     Plaintiff,                      ) | |
|                                        ) | Civil Action No. 1:22-cv-01165-LY |
| v.                                           ) | |
| ZOHO CORPORATION,           ) | |
|     Defendant.                    ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND DEFENDANT'S OPPOSED MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff, AK Meeting IP, LLC ("AK Meeting" or "Plaintiff") files this Unopposed Motion for Extension of Time for Plaintiff to Respond to Defendant's ("Zoho Corporation" or "Defendant") Opposed Motion to Dismiss and respectfully shows the following:

Defendant filed its Opposed Motion to Dismiss Plaintiff's Second Amended Complaint on April 7, 2023 (ECF. No. 44). Plaintiff's deadline to respond to the same is May 2, 2023.

Plaintiff contacted Defendant's counsel to request a 14-day extension to respond on or before May 16, 2023.

Wherefore, Plaintiff respectfully requests that the Court grant this motion and enter an order extending the deadline for Plaintiff to respond to the Motion up to and including May 16, 2023.

Respectfully Submitted

**Ramey LLP**

*/s/William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for AK Meeting IP, LLC***

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules, counsel for Plaintiff, conferred with counsel for defendant on May 1, 2023, via email. Counsel for Defendant is unopposed to this extension.

*/s/ William P. Ramey, III*
William P. Ramey, III

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of May 1, 2023, with a copy of the foregoing via ECF filing.

*/s/ William P. Ramey, III*
William P. Ramey, III