**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **AK MEETING IP, LLC,** ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:22-cv-01165-LY |
| **v.** ) | |
| ) | |
| **ZOHO CORPORATION,** ) | |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S
OPPOSED MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

This Court, having considered Plaintiff's Unopposed Motion for Extension of Time for Plaintiff to Respond to Defendant's Opposed Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

Defendant's deadline to answer or otherwise respond to the Motion is extended to May 16, 2023.

SIGNED this _____ day of _____ 2023.

_____
HONORABLE JUDGE PRESIDING