IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **AK MEETING IP, LLC,**<br>*Plaintiff*<br><br>-vs-<br><br>**ZOHO CORPORATION,**<br>*Defendant* | § § § § § § § § § | **1-22-CV-01165-ADA** |

### ORDER VACATING REFERRAL ORDER

The text order referral of ECF No. 44 Opposed Motion to Dismiss for Failure to State a Claim to Magistrate Judge Dustin M. Howell is hereby vacated.

SIGNED this 17th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1