# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| AK MEETING IP LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§  Civil Action No. 1:22-cv-01165-ADA<br>§<br>§<br>§<br>§<br>§ |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff AK Meeting IP, LLC ("Plaintiff") and Defendant Zoho Corporation ("Defendant") jointly submit this motion to amend the scheduling order. The parties have conferred and neither party intends at this time to ask the Court to construe any term. Accordingly, the parties jointly request that the Court cancel the Markman hearing currently scheduled for November 9, 2022. The parties additional request that the Court enter the Amended Scheduling Order attached hereto as Exhibit A, which removes the claim construction deadlines from the schedule and advances the remaining dates accordingly.

Dated: August 8, 2023

*/s/ William P. Ramey, III* (with permission)
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

**Attorneys for AK Meeting IP, LLC**

Respectfully submitted:

*/s/ Phillip J. Haack*
Ryan Marton (admitted *pro hac vice*)
Phillip Haack (admitted *pro hac vice*)
MARTON RIBERA SCHUMANN &
CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone:    (415) 360-2515

Email:  ryan@martonribera.com

        phil@martonribera.com

        Darryl Adams
        Texas State Bar No. 00796101
        dadams@sgbfirm.com
        SLAYDEN GRUBERT BEARD PLLC
        401 Congress Ave., Ste. 1650
        Austin, Texas 78701
        Telephone: (512) 402-3550
        Facsimile: (512) 402-6865

        *Attorneys for Plaintiff Zoho Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on August 8, 2023.

        By:    /s/ *Phillip J. Haack*
                     Phillip J. Haack