**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **AK Meeting IP, LLC** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil No. 1:22-cv-01165-ADA** |
| **v.** | ) | |
| | ) | **PATENT CASE** |
| **Zoho Corporation** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

## UNOPPOSED MOTION TO WITHDRAW

Kyril Talanov, counsel for Plaintiff CTD Networks, LLC, moves the Court for leave to withdraw as counsel of record for CTD Networks.

Mr. Talanov is no longer with the law firm of Ramey LLP that currently represents Plaintiff. As such, Mr. Talanov has no involvement with the case.

Per Local rule AT-3, Mr. William Ramey of Ramey LLP, 5020 Montrose Blvd., #800, Houston, Texas 77006, 713-426-3923, wramey@rameyfirm.com, will continue to represent Plaintiff CTD Networks. Mr. Talanov's withdrawal will not create and schedule delay.

Furthermore, on October 16, 2023, Mr. Talanov conferred with Defendant Zoho Corporation's counsel, Phil Haack, who indicated that Defendant is not opposed.

A proposed Order for the relief sought is attached hereto.


Respectfully submitted,

**Law Office of Kyril Talanov**

*/s/ Kyril Talanov* _
Kyril Talanov

1

Texas Bar No. 24075139
kyril.talanov@talanovlaw.com
124 Pierce Street
Houston, Texas 77002
(832) 314-1672

***Attorneys for AK Meeting IP, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered to all parties registered to receive court notices via the Court's ECF/CM system on October 20, 2023.

/s/ *Kyril Talanov*
Kyril Talanov

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules, Kyril Talanov conferred via email with Defendant's counsel, Phil Haack, on October 16, 2023 regarding filing this Motion, and Defendant is unopposed.

/s/ *Kyril Talanov*
Kyril Talanov