IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **AK MEETING IP, LLC** | ) | |
|     **Plaintiff,** | ) | |
| | ) | **Civil Action No. 1:22-CV-01165-ADA** |
| v. | ) | |
| | ) | **PATENT CASE** |
| **ZOHO CORPORATION** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
|     **Defendant.** | ) | |

### ORDER on UNOPPOSED MOTION TO WITHDRAW

    The Court, having considered Kyril Talanov's Motion to withdraw as Plaintiff's counsel and all other evidence of the record hereby GRANTS the Motion. Kyril Talanov is hereby discharged from representing Plaintiff AK Meeting IP, LLC in the above-referenced cause and all related causes.

_____                                                                                                _____
Date                                                                                                                                        Judge Presiding