UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AK MEETING IP LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZOHO CORPORATION, <br><br> Defendant. | § § § § § § § § § § § § Civil Action No. 1:22-cv-01165-ADA |

**JOINT MOTION TO EXTEND AMENDED SCHEDULING ORDER DEADLINES**

Plaintiff AK Meeting IP LLC ("Plaintiff") and Defendant Zoho Corporation ("Defendant") (collectively, "the parties") jointly move to extend the current case schedule by approximately 30 days. The parties have conferred and believe that some limited and targeted discovery may lead to an early resolution of the case. In order to save the costs of developing unrelated issues, the parties jointly request that the Court extend the schedule by 30 days for the parties to complete the targeted discovery without prejudice to other issues that will move forward if the case is not resolved. Accordingly, the parties request that the Court enter the Amended Scheduling Order attached as Exhibit A.

| | |
|---|---|
| Dated: November 6, 2023 | Respectfully submitted: |
| /s/ William P. Ramey, III (with permission) <br> William P. Ramey, III <br> Texas State Bar No. 24027643 <br> 5020 Montrose Blvd., Suite 800 <br> Houston, Texas 77006 <br> (713) 426-3923 (telephone) <br> (832) 900-4941 (fax) <br> wramey@rameyfirm.com | /s/ Phillip J. Haack <br> Ryan Marton (admitted *pro hac vice*) <br> Phillip Haack (admitted *pro hac vice*) <br> MARTON RIBERA SCHUMANN & CHANG LLP <br> 548 Market Street, Suite 36117 <br> San Francisco, CA 94104 <br> Telephone:   (415) 360-2515 |

| | |
|---|---|
| *Attorneys for AK Meeting IP, LLC* | Email: ryan@martonribera.com<br>phil@martonribera.com |

Darryl Adams
Texas State Bar No. 00796101
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Ste. 1650
Austin, Texas 78701
Telephone: (512) 402-3550
Facsimile: (512) 402-6865

*Attorneys for Plaintiff Zoho Corporation*

## **CERTIFICATE OF CONFERENCE**

Counsel for Zoho certifies that the parties have met and conferred regarding the relief requested in this motion and are filing this motion jointly.

/s/ Phillip J. Haack

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on November 6, 2023.

By:   /s/ *Phillip J. Haack*
         Phillip J. Haack