UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AK MEETING IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 1:22-cv-01165-ADA<br>§<br>§<br>§<br>§<br>§ |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff AK Meeting IP LLC and Defendant Zoho Corporation jointly move for entry of the attached agreed Protective Order (*see* Ex. A) to replace the Court's interim Protective Order for purposes of governing the disclosure of confidential information in this case.

Dated: November 6, 2023

*/s/ William P. Ramey, III* (with permission)
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

**Attorneys for AK Meeting IP, LLC**

Respectfully submitted:

*/s/ Phillip J. Haack*
Ryan Marton (admitted *pro hac vice*)
Phillip Haack (admitted *pro hac vice*)
MARTON RIBERA SCHUMANN &
CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone:   (415) 360-2515

Email: ryan@martonribera.com
         phil@martonribera.com

Darryl Adams
Texas State Bar No. 00796101
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Ste. 1650

2

Austin, Texas 78701
Telephone: (512) 402-3550
Facsimile: (512) 402-6865

*Attorneys for Plaintiff Zoho Corporation*

2

## **CERTIFICATE OF CONFERENCE**

Counsel for Zoho certifies that the parties have met and conferred regarding the relief requested in this motion and are filing this motion jointly.

*/s/ Phillip J. Haack*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on November 6, 2023.

*/s/ Phillip J. Haack*
Phillip J. Haack