United States District Court
Western District of Texas
Austin

**Deficiency Notice**

| | |
|---|---|
| To: | Haack, Phillip J. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, November 7, 2023 |
| Re: | 01:22-CV-01165-ADA / Doc # 56 / Filed On: 11/06/2023 06:53 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: The proposed scheduing order does not have a case style/number so it may be used as an order by the Judge. The motion will stay on the case, but please file a corrected order using the Proposed Order event.