IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **AK MEETING IP, LLC,**<br>        Plaintiff,<br><br>v.<br><br>**ZOHO CORPORATION,**<br>        Defendant | Civil Action No. 1:22-cv-01165-LY<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, AK Meeting IP, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment.  The dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent.  Each party shall bear its own costs, expenses and attorneys' fees.

 Dated:  November 30, 2023

        Respectfully submitted,

        */s/ William P. Ramey, III*
        William P. Ramey, III
        Texas Bar No. 24027643
        **Ramey LLP**
        5020 Montrose Blvd., Suite 800
        Houston, Texas 77006
        (713) 426-3923
        wramey@rameyfirm.com

        *Attorneys for AK Meeting IP, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that November 30, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III